MORRIS APTER, Appellant, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

(Argued May 21, 1936; decided June 5, 1936.)

*Isadore Rothenberg* for appellant.

*William G. Birmingham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.